**Order filed February 11, 2020**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-20-00027-CV
_____

**ROLAND WADE JACKSON, SR., Appellant**

**V.**

**JET LENDING LLC, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1148161**

## O R D E R

The notice of appeal in this case was filed January 8, 2020. January 17, 2020To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 21, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan and Poissant.